JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lee Sanchez,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00719-SKO<br><br>STIPULATION AND SECOND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 17, 2022 to July 18, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time. Good cause exists for this extension. As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on

1

March 17, 2022. Although it has been over two months, Counsel for Plaintiff continues to experience significant pain and the secondary effects of medications. Counsel continues to work short periods throughout the day with significant breaks throughout.  Counsel continues to attend physical therapy four days a week.

Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts.  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 78 cases from February through April 2022.

For the weeks of May 30, 2022 and June 6, 2022, Counsel for Plaintiff has 23  merit briefs, and several letter briefs and reply briefs.  For the remainder of the month of June 2022, there are 19 additional merit briefs currently scheduled.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 25, 2022      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: May 26, 2022         PHILLIP A. TALBERT
                            United States Attorney
                            PETER K. THOMPSON

2

Acting Regional Chief Counsel, Region IX
Social Security Administration


By: *<u>*/s/ Patrick Snyder*</u>
Patrick Snyder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on May 26, 2022)

## **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including July 18, 2022, in which to file their motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 1, 2022**                    <u>     /s/ *Sheila K. Oberto*     </u>
                                              UNITED STATES MAGISTRATE JUDGE