1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (510) 970-4829
6      Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                             FRESNO DIVISION

13

14 MICHAEL LEE SANCHEZ,                        No. 1:21-cv-00719-SKO

15         Plaintiff,

16         v.                                  STIPULATION AND ORDER FOR EXTENSION
                                              TO FILE DEFENDANT'S OPPOSITION TO
17                                            PLAINTIFF'S OPENING BRIEF

18 KILOLO KIJAKAZI,
   Acting Commissioner of Social Security,    (Doc. 21)
19
           Defendant.
20
       IT IS HEREBY STIPULATED, by and between Michael Lee Sanchez (Plaintiff) and
21
Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their
22
respective counsel of record, that, with the Court's approval, Defendant shall have an extension of
23
time of forty-five (45) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's
24
first request for an extension.  The current due date is September 1, 2022. The new date will be
25
October 16, 2022. All other deadlines will extend accordingly.
26
       Good cause exists for this request.  Defendant's counsel has worked diligently to meet the
27

28

timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has eighty-one other active cases in various stages of litigation, and 16 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant also will be out of the office on leave from August 22 – August 26.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

                                        Respectfully submitted,

DATE: August 17, 2022                   */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        (as approved via email)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: August 17, 2022         By        *s/ Margaret Lehrkind*
                                        MARGARET LEHRKIND
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

# ORDER

Based upon the foregoing stipulation of the parties (Doc. 21), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including October 17, 2022, in which to file a response to Plaintiff's motion for summary judgment.[1]  All other deadlines set forth in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **August 18, 2022**                              /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court continues the deadline by one day as the parties' requested date of October 16, 2022, falls on a Sunday.